NUMBER 13-02-214-CV

 

                             COURT OF APPEALS

 

                   THIRTEENTH DISTRICT OF TEXAS

 

                                CORPUS CHRISTI

________________________________________________________________

 

FLORESTELA
RODRIGUEZ AND JOSE ELOY GARZA,               Appellants,

 

                                                   v.

 

EDCOUCH-ELSA INDEPENDENT
SCHOOL DISTRICT,                 Appellee.

________________________________________________________________

 

                         On appeal from the 93rd District Court

                                  of Hidalgo County, Texas.

________________________________________________________________

 

                                   O P I N I O N

 

         Before Chief Justice Valdez
and Justices Hinojosa and Yañez

                                       Opinion Per Curiam

 

Appellants, FLORESTELA RODRIGUEZ AND JOSE ELOY GARZA, perfected an appeal from
a judgment entered by the 93rd District Court of Hidalgo
County, Texas, in cause number C-690-02-B.  To date, appellants have failed to pay the
filing fee.








On May 23, 2002,
notice was given to all parties that this appeal was subject to dismissal
pursuant to Tex. R.
App. P. 42.3(c).  Appellants were given ten days to explain why
the cause should not be dismissed for failure to tender the filing fee.  To date, no response has been received.

The Court, having
examined and fully considered the documents on file, appellants= failure to tender the
filing fee, this Court=s notice, and
appellants= failure to respond,
is of the opinion that the appeal should be dismissed.  The appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed

this the 15th
day of August, 2002